# CASE ANNOUNCEMENTS
## *March 15, 2011*

[Cite as *03/15/2011 Case Announcements*, 2011-Ohio-1185.]

## MOTION AND PROCEDURAL RULINGS

**2010–0722.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 09–1095–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio and is scheduled for oral argument on Tuesday, March 22, 2011.

Upon consideration of Industrial Energy Users–Ohio's application for dismissal of its cross-appeal, it is ordered by the court that the motion is granted.

It is further ordered by the court, sua sponte, that this case is consolidated with case Nos. 2009–2060 and 2010–0723 for oral argument only. Pursuant to S.Ct.Prac.R. 9.5, each side shall be allotted 15 minutes for oral argument. The January 10, 2011 scheduling order is hereby vacated, and Columbus Southern Power Company and Ohio Power Company shall argue as appellants in the consolidated oral argument. All other parties may argue as appellees.

## MISCELLANEOUS DISMISSALS

**2010–0864.   Couple to Couple League Internatl., Inc. v. Testa.**
Board of Tax Appeals No. 2007–M–101. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2011–0011.   Davis v. CNG Fin. Corp.**
Hamilton App. No. C–100087. This cause is pending before the court as a discretionary appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
## *March 16, 2011*

[Cite as *03/16/2011 Case Announcements*, 2011-Ohio-1049.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–2238.   [State ex rel.] Sassano v. Fuerst.**
In Mandamus and Prohibition. On motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.
O'DONNELL, J., dissents and would grant an alternative writ.

**2011–0026.   State ex rel. Holloman v. Klatt.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0036.   [State ex rel.] Bevins v. Cartolano.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.